E-Filed: 06.30.11
JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LEWIS, individually and on behalf of all other similarly situated <br><br> Plaintiffs, <br><br> vs. <br><br> WENDY'S INTERNATIONAL, INC., a corporation; and DOES 1 through 20, inclusive <br><br> Defendants. | ) CASE NO. 09-07193 MMM (JCx) <br> ) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

On June 30, 2011, the court issued a final order approving the parties' settlement. In that order, the court awarded class counsel $500,000 in attorneys' fees and $13,200.48 in litigation costs. It also approved an incentive award to the class representative of $7,500. Accordingly,

IT IS ORDERED AND ADJUDGED that:

1. This action be, and it hereby is, dismissed with prejudice;
2. Class counsel is awarded $500,000 in attorneys' fees and $13,200.48 in litigation costs; and
3. The class representative shall be paid an incentive award of $7,500.

DATED: June 30, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE